ROBYN TRUITT DRIVON, COUNTY COUNSEL, SB #152270
STEPHEN B. NOCITA, DEPUTY, SB # 84954
625 COURT STREET, ROOM 201
WOODLAND, CALIFORNIA  95695
TELEPHONE: 530-666-8172
FACSIMILE:  530-666-8279

Attorneys for Defendants

**LODGED**
APR 1 3 2007
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DENA HEDRICK, et al.,

    Plaintiffs,

v.

BETSY A. MARCHAND, et al.,

    Defendants.

NO. Civ. S 75-680 LKK

_____

MEXICAN-AMERICAN CONCILIO, et al.,

    Plaintiffs,

v.

COUNTY OF YOLO, et al.,

    Defendants.

NO. Civ. S 74-371 LKK

[PROPOSED]
**ORDER APPROVING ACCOUNTING OF YOLO COUNTY TAX COLLECTOR**

This Court having received and considered the Declaration and Accounting of the Yolo County Tax Collector, as Trustee of the class settlement fund in this action, by and through Paul Lester, and it appearing to the satisfaction of this Court that the Declaration and Accounting and

OFFICE OF THE
COUNTY COUNSEL
COUNTY OF YOLO
625 COURT STREET
ROOM 201
WOODLAND, CA 95695
TEL.: (530) 666-8172
FAX: (530) 666-8279

1

the disbursements set forth therein are in accordance with the terms of the settlement and the orders of this Court pertaining thereto,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the 2003, 2004, 2005 and 2006 accountings of the Trustee be and are hereby approved, and that Howard Newens and his predecessor trustees are hereby discharged and exonerated of all duties and liabilities as trustee with respect to those years.

**IT IS SO ORDERED.**

Dated: 4/17, 2007.

LAWRENCE K. KARLTON, JUDGE
U.S. DISTRICT COURT

TXCLLCTR\Hedrick Accting Order 2007.doc

OFFICE OF THE
COUNTY COUNSEL
COUNTY OF YOLO
625 COURT STREET
ROOM 201
WOODLAND, CA 95695
TEL.: (530) 666-8172
FAX: (530) 666-8279

IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

DENA HEDRICK, et al.,

    Plaintiffs,

v.

BETSY A. MARCHAND, et al.,

    Defendants.

NO. Civ. S 75-680 LKK

_____

MEXICAN-AMERICAN CONCILIO, et al.,

    Plaintiffs,

v.

COUNTY OF YOLO, et al.,

    Defendants.

NO. Civ. S 74-371 LKK

**PROOF OF SERVICE BY MAIL**

I, the undersigned, hereby certify that I am over the age of eighteen years, and not a party to the within above-entitled action. My business address is 625 Court Street, Room 201, Woodland, California, 95695.

On April 11, 2007, I served a copy of the (Proposed) Order Approving Accounting of Yolo County Tax Collector

    X    by placing said copy in a postage paid envelope addressed to the persons hereinafter listed, by depositing said envelope in the United States Mail, addressed as follows:

| | | |
|---|---|---|
| Manuel Romero, Esq.<br>Legal Services of Northern CA<br>Woodland Office<br>619 North Street<br>Woodland, CA 95695 | Mr. Fred D. Brooks<br>Equal Employment Opportunity<br>Commission<br>901 Market Street #500<br>San Francisco, CA 94103-1735 | Mexican American<br>Concilio of Yolo County<br>P. O. Box 879<br>Woodland, CA 95776 |

I declare under penalty of perjury that the foregoing is true and correct. Executed this 11th day of April, 2007, at Woodland, County of Yolo, California.

Viki Blake

OFFICE OF THE
COUNTY COUNSEL
COUNTY OF YOLO
625 COURT STREET
ROOM 201
WOODLAND, CA 95695
TEL.: (530) 666-8172
FAX: (530) 666-8279